**SHA-1 Hash:** 97F809B402592C266FB2B093CD4E583EEF7713A4     **Title:** Porns Top Black Models #3
**Rights Owner:** Patrick Collins

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 1 | 24.126.119.105 | 6/2/2012 22:49 | Washington | DC | Comcast Cable | BitTorrent |
| 2 | 68.34.66.88 | 5/14/2012 11:50 | Washington | DC | Comcast Cable | BitTorrent |
| 3 | 68.84.7.25 | 6/6/2012 13:36 | Washington | DC | Comcast Cable | BitTorrent |
| 4 | 76.111.65.231 | 5/15/2012 23:33 | Washington | DC | Comcast Cable | BitTorrent |
| 5 | 98.218.248.98 | 5/26/2012 19:46 | Washington | DC | Comcast Cable | BitTorrent |
| 6 | 98.231.166.115 | 5/23/2012 18:32 | Washington | DC | Comcast Cable | BitTorrent |
| 7 | 216.15.25.44 | 5/15/2012 5:26 | Washington | DC | RCN Corporation | BitTorrent |

EXHIBIT A

DC20